Opinion issued June 27, 2002











 

 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00399-CR

____________


RICARDO G. CASTANEDA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from County Criminal Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 5313






MEMORANDUM OPINION

 Appellant, Ricardo G. Castaneda, was convicted by a jury in a City of
Houston municipal court of speeding. The jury assessed punishment at a $100 fine.

 Appellant appealed to Harris County Criminal Court at Law No. 2. See
Tex. Gov't Code Ann. § 30.00014(a) (Vernon Supp. 2002). The reporter's record
of the trial and briefs were filed in the county court. The county court judge affirmed
the municipal court judgment. Appellant filed a timely notice of appeal. 

 The record and briefs from the county court have been filed in this Court
and constitute the record and briefs in this appeal. See Tex. Gov't Code Ann. §
30.00027(b) (Vernon Supp. 2002). We find we have no jurisdiction over the appeal.

 Unless the sole issue is the constitutionality of the statute or ordinance on
which the conviction is based, we are without jurisdiction when the fine imposed by
the county criminal court at law does not exceed $100. See Boyd v. State, 11 S.W.3d
325, 325 (Tex. App.--Houston [14th Dist.] 1999, no pet.); Tex. Code Crim. Proc.
Ann. art. 4.03 (Vernon Supp. 2002); Tex. Gov't Code Ann. § 30.00027(a) (Vernon
Supp. 2002). The amount of appellant's fine did not exceed $100. We therefore
examined the brief filed by appellant in the county criminal court at law. The brief
alleged only that the charging instrument was tampered with illegally; no challenge
to the constitutionality of a statute or ordinance was raised. We therefore have no
jurisdiction over this appeal.

 The appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Hedges and Nuchia.

Do not publish. Tex. R. App. P. 47.